ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
LUKE B. BATY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00132-JLT-SAB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO SET CHANGE OF PLEA |
| LAURA PLASENCIA. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties that the status conference set for June 3, 2026, is vacated as to this defendant only, and that the matter be set for change of plea on April 27, 2026. The defendant intends to plead open.  No exclusion of time is necessary as time has already been excluded through June 3, 2026.

Dated: April 10, 2026                                Respectfully submitted,

                                                     ERIC GRANT
                                                     United States Attorney


                                          By    /s/ Antonio J. Pataca
                                                ROBERT L. VENEMAN-HUGHES
                                                ANTONIO J. PATACA
                                                LUKE B. BATY
                                                Assistant United States Attorneys


Dated: April 10, 2026            By:    /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
                                        Attorney for Defendant
                                        Susanna Garcia


Stipulation                                    1

ORDER

IT IS SO ORDERED that:

The status conference set for June 3, 2026, is vacated as to this defendant only, and a change of plea hearing is set before the Honorable District Judge Jennifer L. Thurston on April 27, 2026.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge

Stipulation

2